IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

v.                                              Case No. 2:23mj9166 (CLW)

JOHN FAHY

---

### ORDER

**THIS MATTER** having come before the Court by way of a bail review hearing; and the Court having conducted a hearing via zoom on July 28, 2023, with Diana Carrig, Assistant U.S. Attorney, appearing on behalf of the Government; and Rasheedah Terry, Esq., appearing on behalf of the Defendant; and Defendant John Fahy appearing; and

For the reasons set forth on the record:

IT IS on this 28th day of July 2023:

**ORDERED** that defendant's bail is **REVOKED**. An Order of Detention shall be entered.

_____
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE